1
2
3
4
5

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA QUINONEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PHARMACEUTICAL SPECIALTIES, INC. a foreign business corporation,<br><br>Defendant. | CASE NO. 2:16-cv-05966-TJH-AGRx<br><br>Judge:   Hon. Terry J. Hatter, Jr.<br><br>[PROPOSED] ORDER ON JOINT STIPULATION AND APPLICATION TO FILE UNDER SEAL   [JS-6] |

The Court has considered the Parties' Joint Stipulation Regarding Dismissal. For good cause shown, the Court **ORDERS** as follows:

1. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff's case and individual claims are dismissed with prejudice, with each side to bear its costs and attorneys' fees.

2. To the extent putative class members' claims are asserted in the "Class Action Complaint" or "Amended Class Action Complaint," those claims are hereby dismissed without prejudice.

3. The Stipulation (Docket No. 87) will be filed under seal.

4. All pending hearings are now off calendar.

**IT IS SO ORDERED.**

Dated: November 27, 2018      By: _____
Honorable Terry J. Hatter, Jr.
Judge of the United States District Court